# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: HOWARD L. DRYE & MARSHA G. DRYE  Case Number: 04-74827
949 RAMONA TERRACE   SSN-xxx-xx-6432 & xxx-xx-6648
MACHESNEY PARK, IL  61115

Case filed on: 9/28/2004
Plan Confirmed on: 1/27/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $14,919.45        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | HOWARD L. DRYE | 0.00 | 0.00 | 519.45 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 519.45 | 0.00 |
| 001 | PHH MORTGAGE CORP. SRV CNTR | 53,855.19 | 0.00 | 0.00 | 0.00 |
| 003 | CITIFINANCIAL MORTGAGE COMPANY | 7,357.88 | 0.00 | 0.00 | 0.00 |
| 004 | GERMAN STATE BANK | 4,109.50 | 4,109.50 | 4,109.50 | 494.78 |
| 029 | GERMAN STATE BANK | 390.50 | 390.50 | 390.50 | 46.67 |
|  | Total Secured | 65,713.07 | 4,500.00 | 4,500.00 | 541.45 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | B-FIRST LLC | 11,078.31 | 11,078.31 | 2,976.36 | 0.00 |
| 007 | SWEDISH AMERICAN HOSPITAL | 295.00 | 295.00 | 79.26 | 0.00 |
| 008 | FREDRIC KULLBERG, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MADHAV SRIVASTAVA, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | IHC SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GECCCC / KS MERCHANDISE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MOUNTAIN STATES ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NORTHERN ILLINOIS NEPHROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | OSF LIFELINE AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | QUALITY KIDNEY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD ANESTHESIOLOGISTS ASSOC | 2,899.00 | 2,899.00 | 778.86 | 0.00 |
| 022 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD NEUROLOGICAL CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD SURGICAL SERVICES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | WELLS FARGO CARD SERVICES | 2,297.10 | 2,297.10 | 617.15 | 0.00 |
| 028 | RESURGENT CAPITAL SERVICES | 5,613.72 | 5,613.72 | 1,508.21 | 0.00 |
| 029 | GERMAN STATE BANK | 4,078.87 | 4,078.87 | 1,095.85 | 0.00 |
| 030 | BELOIT CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 26,262.00 | 26,262.00 | 7,055.69 | 0.00 |
|  | Grand Total: | 93,339.07 | 32,126.00 | 13,439.14 | 541.45 |

Total Paid Claimant:      $13,980.59
Trustee Allowance:        $938.86           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        26.87        discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008                    By  /s/Heather M. Fagan